UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
08-22828-CIV-MORENO

WILLIAM MARTINEZ,

    Petitioner,

vs.

J.T. RATHMAN,

    Respondent.

_____/



CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **October 9, 2008**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 13**) on **January 8, 2009**. The Court has reviewed the entire file and record, and notes that Petitioner did not file any objections to the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 13**) on **January 8, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Petitioner's petition for habeas corpus is:

(1)    DISMISSED as MOOT based upon the expiration of the petitioner's sentence and his full-term release from federal custody;

(2)    DISMISSED for lack of exhaustion; and

    (3)    DENIED on the merits.

It is further **ADJUDGED** that this case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of January, 2009.

                                              FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record